# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Michael Reese Davis
Hymel Davis & Petersen, LLC
10602 Coursey Blvd.
Baton Rouge LA 70816

Kenneth Alan Goodwin
Attorney at Law
1821 Joseph St.
New Orleans LA 70115-5003

## REHEARING ACTION: July 16, 2008

**Docket Number: 07   01427-CA**

**FAITH BROOKS, ET AL.**
**VERSUS**
**UNION PACIFIC RAILROAD COMPANY, ET AL.**

**Appealed from Allen Parish Case No. C-96-235**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. John D. Saunders**
    **Hon. Oswald A. Decuir**
    **Hon. Marc T. Amy**
    **Hon. Michael G. Sullivan**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing and motion for en banc hearing filed by **Faith Brooks, et al** have this day been

    **DENIED.**
    Cooks, J., would grant rehearing and en banc hearing.
    Saunders, J., would grant rehearing and en banc hearing.

cc: James L. Pate, Counsel for the Appellant
    Ben Louis Mayeaux, Counsel for the Appellant
    David Andrew Fraser, Counsel for the Appellee
    Pamela LeBato Courtney, Counsel for the Appellee
    Randall Brian Keiser, Counsel for the Appellant